## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-15-00178-CV

_____

## MARY JO KEMP, Appellant

## V.

## ANNETTE NEYMAN, AS INDEPENDENT EXECUTOR OF THE ESTATE OF ELLIOTT KEMP, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 14-28285

## MEMORANDUM OPINION

The appellant, Mary Jo Kemp, filed a motion to dismiss this appeal after the trial court granted her motion for new trial. *See* Tex. R. Civ. P. 329b (e). The motion to dismiss the appeal is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a) (1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
LEANNE JOHNSON
Justice

Submitted on June 24, 2015
Opinion Delivered June 25, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.